# United States Court of Appeals
## For the First Circuit

---

No. 13-2447

UNITED STATES,

Appellee,

v.

JAMES J. BULGER
a/k/a Jimmy, a/k/a Whitey, a/k/a Jim,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on March 4, 2016 is amended as follows:

On page 6, line 1, change "Mass" to "Mass.".

On page 6, line 23, change "Agency" to "Administration".

On page 9, line 13, delete the comma after "such as".

On page 17, line 11, delete the comma after "subsection".

On page 40, footnote 22, line 6, delete "of".